158 A.3d 1180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
KEITH T. DALTON, DEFENDANT–PETITIONER.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002438–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 1180

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TERRY E. CAMPBELL (A/K/A TERRI E. INGRAM),
DEFENDANT–PETITIONER.

January 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000961–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.